# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

May 17, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 7 2006

GREGORY C. LANGHAM
CLERK

Mr. Jeffrey Scott Cobb
Federal Medical Center
#28727-013
3150 Horton Road
Forth Worth, TX 76119-5996

Re:   06-1068, Cobb v. United States
      Dist/Ag docket: 06-CV-00080 LTB

Dear Mr. Cobb:

Enclosed is a copy of an order entered today in this case.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: [signature]
Deputy Clerk

clk:afw
Enclosure

cc:   Gregory C. Langham, Clerk
      William J. Leone

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| JEFFREY SCOTT COBB,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 06-1068<br>(D.C. No. 06-cv-80 LTB) |

### ORDER

Filed May 17, 2006

On February 22, 2006, Mr. Cobb was sent written notice by this court giving him 30 days to file a motion in this court for permission to file a second or successive § 2255 in the district court. Mr. Cobb has not filed the requested motion for permission. Mr. Cobb may file a motion for permission when it has been completed. At that time, a new appeal number will be assigned by this court.

Accordingly, the matter is **DISMISSED**.

Entered for the Court
Elisabeth A. Shumaker, Clerk

Kathleen T. Clifford
Deputy Clerk