IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 99-cr-00109-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JEFFREY SCOTT COBB,

       Defendant.

---

## MINUTE ORDER

---

Upon the mandate being issued by the Tenth Circuit Court of Appeals, this matter is set for a status/scheduling hearing **Friday, May 21, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

DATED: May 7, 2010
_____