# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JEFFREY SCOTT COBB ) | Case No: 99-cr-00109-LTB-01 |
| ) | USM No: 28727-013 |
| Date of Previous Judgment: August 6, 1999 ) | Raymond P. Moore |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

The defendant's motion for reduction of sentence is granted and the defendant is sentenced to **TIME SERVED**.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**x** The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  August 10, 1999  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  5/21/10

Effective Date:  5/21/10
(if different from order date)

_____
Judge's signature

Lewis T. Babcock
Printed name and title